RECEIVED

AUG 22 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SEKUK GLOBAL ENTERPRISES, et al., )
Plaintiffs )
) C.A. No. 04-0306/ML
v. )
)
KVH INDUSTRIES, INC., et al., ) STIPULATION
Defendants )

Plaintiffs and defendants stipulate and agree that defendants shall have up to and including October 14, 2005 to respond to the complaint.

Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS
200 Broadhollow Road – Suite 406
Melville, New York 11747

John H. Henn, Esq.
Brandon F. White, Esq.
Kalun Lee, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000
(617) 832-7000 FAX

Dated: August 19, 2005

Enter: Mary M. Lisi
USDJ 8/22/05