UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, Plaintiff | ) | |
| v. | ) | C.A. No. 04-0306/ML |
| KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNIGEN, AND PATRICK J. SPRATT, Defendants | ) | |

**AGREED UPON PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and pursuant to the Pretrial Conference held by the Honorable Mary Lisi on December 6, 2005, the parties hereby agree to the following pretrial order:

| | |
|---|---|
| December 6, 2005: | Scheduling conference with Judge Lisi. |
| December 13, 2005: | Plaintiffs' motion for class certification due. |
| March 13, 2006: | Defendants' opposition to class certification due. |
| April 13, 2006: | Class certification reply brief due. |
| | 60 days after the date of the Court's ruling on class certification, defendants shall report to the Court on the ripeness of the case for a settlement conference with a magistrate judge or some form of alternative dispute resolution. |
| January 6, 2007: | Last date to join other parties and to amend the pleadings. |
| February 6, 2007: | Close of fact discovery. |
| February 6, 2007: | Plaintiffs' expert disclosures due. |
| March 6, 2007: | Defendants' expert disclosures due. |
| April 9, 2007: | Depositions of plaintiffs' experts complete. |

May 9, 2007: Depositions of defendants' experts complete.

June 11, 2007: Dispositive motion filing deadline.

30 days after decision on dispositive motions, or, if no dispositive motions are filed, by July 9, 2007, pretrial memoranda, exhibit lists, etc. due.

Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
200 Broadhollow Road – Suite 406
Melville, New York 11747

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Kalun Lee, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000
(617) 832-7000 FAX

SO ORDERED:

ENTER:

______________________ J.

Date: December 8, 2005

**CERTIFICATE OF SERVICE**

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Agreed Upon Pretrial Order by mailing first class mail, postage prepaid, on the 7th day of December, 2005.

Lisa A. Lariviere