UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,
Plaintiff,

v.

KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,
Defendants.

Civil Action No. CA-04-306ML
**(Consolidated Action)**

CLASS ACTION

# JOINT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER

Parties in the above-captioned action jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and facilitate discovery.

The parties file herewith a proposed protective order and a supporting memorandum of law.

Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
200 Broadhollow Road – Suite 406
Melville, New York 11747

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Kalun Lee, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000
(617) 832-7000 FAX

Date: January 31, 2006

**CERTIFICATE OF SERVICE**

TO:

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Agreed Upon Pretrial Order by mailing first class mail, postage prepaid, on the 31st day of January, 2006.

/Melaine Gorretti/

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,

Defendants.

Civil Action No. CA-04-306ML
**(Consolidated Action)**

CLASS ACTION

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER

Parties in the above-captioned action jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and help facilitate discovery.

Discovery between the parties and of third parties may involve confidential and commercially sensitive information, trade secrets and information that, in the hands of competing firms, could result in a competitive disadvantage. For example, the parties may seek production of non-public agreements with third parties, confidential financial information and information about the defendants' proprietary technology.

Rule 26(c) provides that upon motion a party may move for the entry of an order that will protect the party from "annoyance, embarrassment, oppression, or undue burden or expense, including…(7) that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way."

The entry of such an order is not uncommon and is appropriate in a case involving commercially sensitive information. See e.g., Foster-Miller, Inc. v. Babcock & Wilcox Canada, 210 F.3d 1, 15 (1st Cir. 2000) ("The documents in question were all initially marked confidential by FMI and produced under an agreed-to protective order which limited the parties' availability to use materials so marked."); IMAX Corp. v. Cinema Techs., Inc., 152 F.3d 1161, 1168 n.9 (9th Cir. 1998); Allstate Ins. Co. v. Receivable Fin. Co., 2003 WL 22220670 (N.D. Tex. Sept. 25, 2003); In re: Inter-Op Hip Prosthesis Liab. Litig., 2001 WL 34131989 (N.D. Ohio July 24, 2001).

For these reasons the parties have agreed on the form of order filed with this motion which permits the parties and third parties to designate materials "Confidential" and "Attorney's Eyes Only" and limit the distribution of those materials accordingly. The parties now respectfully request the Court to enter the same.

Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS
200 Broadhollow Road – Suite 406
Melville, New York 11747

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Kalun Lee, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000
(617) 832-7000 FAX

Date: January 31, 2006

**CERTIFICATE OF SERVICE**

TO:

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Agreed Upon Pretrial Order by mailing first class mail, postage prepaid, on the 31st day of January, 2006.

Melaine Gosetto