FILED
MAR 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,

Defendants.

Civil Action No. CA-04-306ML
**(Consolidated Action)**

CLASS ACTION

**JOINT MOTION TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES**

The parties in the above-captioned action jointly move for a two-month extension of the briefing schedule on plaintiffs' motion for class certification. As set forth below, this extension is required to allow plaintiffs to collect responsive discovery and offer deposition dates. This requested extension, if granted, would not affect the remaining pretrial deadlines.

On December 8, 2005, this Court entered a pretrial scheduling order. That order set a March 13, 2006 deadline for defendants to file their opposition to plaintiffs' motion for class certification and an April 13, 2006 deadline for plaintiffs' reply on its class certification motion. On December 16, 2005, defendants served class certification document requests and interrogatories on plaintiffs. On February 6, 2006, defendants requested dates for the depositions of the plaintiff class representatives.

The parties now respectfully request a two-month extension of the class certification briefing schedule as set forth in the attached proposed order. More particularly, the parties request that the deadline for defendants' opposition to class certification be moved from March

13, 2006 to May 15, 2006 and the deadline for plaintiffs' class certification reply brief be moved from April 13, 2006 to June 15, 2006. The parties do not request that any other dates set forth in the existing pretrial order be changed.

Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
200 Broadhollow Road – Suite 406
Melville, New York 11747

Brooks R. Magratten, Esq., #3585 (by BTK)
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Kalun Lee, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000
(617) 832-7000 FAX

Date: March 9, 2006

**ORDER**

IT IS SO ORDERED.

Dated: 3/9/06

UNITED STATES DISTRICT JUDGE