**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br>**(Consolidated Action)**<br><br>CLASS ACTION |

**NOTICE OF DEPOSITION**
**OF IRVING BRAUN**

Please take notice that at 10:00 a.m. on Wednesday, March 29, 2006, Defendant KVH Industries, Inc. will take the deposition of **Irving Braun** at the offices of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 52 Duane Street, 7th Floor, New York, NY 10007.

The deposition will be by oral examination pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Rhode Island and will be recorded by means of stenotype machine and tape recording by multi-track tape.

You are invited to attend and to cross-examine.

Attorneys for Defendants

Brooks R. Magratten (# 3585)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

-and-

Brandon F. White
Matthew C. Baltay
Kalun Lee
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Date: March 15, 2006

CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Notice of Deposition of Irving Braun by mailing first class mail, postage prepaid, on the 15th day of March, 2006.

Melanie Tosetto