**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br>**(Consolidated Action)**<br><br>CLASS ACTION |

**NOTICE OF DEPOSITION OF TEAMSTERS AFFILIATES PENSION PLAN AND REQUEST FOR DOCUMENTS PURSUANT TO RULE 30**

Please take notice that, pursuant to Fed. R. Civ. P. 26 and 30, and the Local Rules for the United States District Court for the District of Rhode Island, Defendant KVH Industries, Inc. ("KVH"), by its attorneys, will take the deposition of Teamsters Affiliates Pension Plan ("TAPP") on April 20, 2006, commencing at 9:30 AM, at the offices of Foley Hoag LLP, 1875 K Street, N.W. Suite 800, Washington, D.C., 20006-1238, before a person qualified to administer oaths.

Pursuant to Fed. R. Civ. P. 30(b)(6), TAPP is requested and required to designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on its behalf with respect to each of the subject matters set forth in Schedule A attached hereto.

Pursuant to Fed. R. Civ. P. 30(b)(5), TAPP is requested and required to bring all documents to the deposition listed in Schedule B attached hereto.

The deposition will be by oral examination pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Rhode Island and will be recorded by means of stenotype machine and tape recording by multi-track tape. The deposition shall continue if necessary from day to day thereafter, or at such other place and time as may be agreed upon by counsel, until completed, with such adjournments as to time and place as may be reasonably necessary.

You are invited to attend and to cross-examine.

Respectfully submitted,

**KVH INDUSTRIES, INC.**

By its attorneys,

Brooks R. Magratten (CAS)

Brooks R. Magratten (# 3585)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

-and-

Brandon F. White
Matthew C. Baltay
Kalun Lee
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Date: April 6, 2006

## DEFINITIONS FOR SCHEDULES A AND B

1. "TAPP" means the Teamsters Affiliates Pension Plan and each of its successors, predecessors, and related entities, including its subsidiaries, parent corporations, divisions, assigns, officers, directors, employees, agents, representatives, attorneys, partners, affiliates and anyone acting on its behalf.

2. "Communication" refers to any exchange or transfer, known to TAPP, of information between two or more persons or entities, whether written, oral, or in any other form.

3. "This Litigation" means Sekuk Global Enterprises v. KVH Industries, Inc., No. 04-306-ML (D.R.I. filed July 21, 2004) and any action that has been consolidated into No. 04-306-ML.

**SCHEDULE A**

**TOPICS OF TESTIMONY**

1. All litigations in which TAPP has represented or sought to represent a class of plaintiffs, all litigations in which TAPP has acted as a class representative or named plaintiff or sought to act as a class representative or named plaintiff, and all litigations in which TAPP has been deposed.

2. TAPP's purchases and sales of any and all KVH stock or securities and TAPP's current holdings of KVH stock or securities.

3. TAPP's investment policies or practices, including TAPP's decision to invest in KVH, the relationship between TAPP and its financial advisor, and TAPP's communications with its financial advisor regarding each purchase or sale of KVH stock.

4. TAPP's participation in and knowledge of this Litigation, including TAPP's motives for serving as class representative and TAPP's involvement in and management of this Litigation.

5. The investigation that preceded the filing of any complaint in this Litigation and/or TAPP's participation in this Litigation, including the identities of those individuals who provided any plaintiffs and/or TAPP with information about KVH, the method by which such plaintiffs and/or TAPP came to be in contact with such individuals, communications between plaintiffs and/or TAPP on the one hand and these individuals on the other hand, and instructions, approval, or finances given to these individuals.

6. TAPP's relationship with counsel in this Litigation, including without limitation, Lead Counsel Lerach Coughlin Stoia Geller Rudman & Robins LLP and Liason Counsel for the Class Barry J. Kusinitz, including but not limited to the terms of any engagement agreement, fee agreement, retainer agreement and/or any other agreement with counsel in this Litigation.

7. All lawsuits, arbitrations, adjudicative proceedings, or regulatory enforcement actions in which TAPP has been a defendant, and all government investigations into any TAPP activities.

## SCHEDULE B

## REQUESTED DOCUMENTS

KVH requests, pursuant to Fed. R. Civ. P. 30(b)(5), that TAPP produce at the deposition the following:

All documents constituting and/or evidencing the fee arrangement(s), engagement agreement(s) and retainer agreement(s) regarding this Litigation between plaintiffs and their attorneys, including without limitation, Lead Counsel Lerach Coughlin Stoia Geller Rudman & Robins LLP and Liason Counsel for the Class Barry J. Kusinitz. See, e.g., United States v. Saccoccia, 898 F. Supp. 53, 58 (D.R.I. 1995) (fee arrangement is discoverable and not privileged) (citing United States v. Strahl, 590 F.2d 10, 11 (1st Cir. 1978)); Matter of Walsh, 623 F.2d 489, 494 (7th Cir. 1980) (retainer agreement not privileged and discoverable).

**CERTIFICATE OF SERVICE**

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Notice of Deposition of Teamsters Affiliates Pension Plan and Request for Documents Pursuant to Rule 30 by mailing first class mail, postage prepaid, on the 6th day of April, 2006.

Melaine Sosetta