UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sekuk Global Enterprises, et al.
Plaintiff(s)

v.                                                  Dkt. No. 04-0306/ML

KVH Industries, Inc., et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant KVH Industries, Inc., et al. hereby moves that Matthew C. Baltay, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

KVH Industries, Inc.,
(~~Plaintiff~~/Defendant)

By: Brooks R. Magratten, Esq.
Bar ID No.: 3585
Address: VETTER & WHITE
20 Washington Place
Providence, RI 02903

DATED: 4/19/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bar(s) First Circuit; D. Massachusetts and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

See Schedule A.attached.

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Matthew Baltay
Signature of *Pro Hac Vice* Applicant

Matthew C. Baltay, Esq.
Print Name State Bar ID # 638722 (Massachusetts)

Foley Hoag
Firm Name

155 Seaport Boulevard
Business Address

Boston, MA 02210

(617) 832-1000 (617) 832-7000
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Brooks Magratten
Signature of Local Counsel

Brooks R. Magratten, #3585
Print Name R.I. Bar ID #

VETTER & WHITE
Firm and Business Address
20 Washington Place
Providence, RI 02903

Tel. # 421-3060 Fax # 272-6803

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date:

**SCHEDULE A**

- Sekuk Global Enterprises, et al. v. KVH Industries, Inc., et al., C.A. No. 04-0306/ML. Applied for pro hac vice admission November 10, 2004.

- Ji v. Martin A. Kits Van Heyningen, et al. C.A. No. 05-0273/ML. Applied for pro hac vice admission December 5, 2005.

CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Motion For Admission Pro Hac Vice by mailing first class mail, postage prepaid, on the 19th day of April, 2006.

/s/ Melaine Losetto

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, Plaintiff | ) | |
| v. | ) | C.A. No. 04-0306/ML |
| KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNIGEN, AND PATRICK J. SPRATT, Defendants | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'**
**MOTION TO ADMIT MATTHEW C. BALTAY PRO HAC VICE**

Defendants KVH Enterprises, Inc., et al. move pursuant to L.R. Gen. 204 to admit Matthew C. Baltay pro hac vice and files herewith the Court-mandated form for his admission.

Defendants previously moved for Mr. Baltay's admission on November 10, 2004, after the Court on November 2, 2004 granted the pro hac vice admissions of Mr. Baltay's colleagues, John Henn, Brandon White and Kalun Lee.

Mr. Henn has since given notice of the withdrawal of his appearance in this case. Admitting Mr. Baltay will not now exceed the three pro hac vice admissions per party limit of L.R. Gen. 204(c).

Mr. Baltay is very much involved in the defense of this case and a related matter, Ji v. Martin A. Kits Van Heyningen, C.A. No. 05-0273/ML, in which he is pro hac vice admitted. For these reasons defendants respectfully request that Mr. Baltay be pro hac vice admitted in this action.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

Brandon F. White, Esq.
Kalun Lee, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Date: April 19, 2006

## CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Memorandum In Support of Defendants' Motion to Admit Matthew C. Baltay Pro Hac Vice by mailing first class mail, postage prepaid, on the 19th day of April, 2006.

Melanie Sosetto