**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, on Its Behalf and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | CIVIL ACTION NO. 04-306 ML<br>**(Consolidated Action)**<br><br>**NOTICE OF WITHDRAWAL** |

Notice is hereby given pursuant to LR Gen 206(e)(1) of the withdrawal of John H. Henn as counsel for KVH Industries, Inc., Martin A. Kits van Heyningen and Patrick J. Spratt (collectively, "Defendants") in the above-captioned case. Only one motion, Plaintiffs' Motion For Class Certification, remains pending at this time. Brooks R. Magratten of Vetter & White, and Brandon F. White and Kalun Lee of Foley Hoag LLP, who have served as defendants' counsel from the outset of the case will continue as counsel for Defendants and certify that they are familiar with the case and fully prepared to address any matters pending in the case, including trial, without delaying the case.

Dated: April 18, 2006

Respectfully submitted,
**ATTORNEYS FOR DEFENDANTS**

Brooks R. Magratten (# 3585)
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (FAX)

OF COUNSEL:
Brandon F. White
Kalun Lee
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (FAX)

**CERTIFICATE OF SERVICE**

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
58 South Service Road, Suite 200
Melville, NY 11747

I certify that I served on the above-named counsel a copy of the within Defendants' Withdrawal of Appearance by first class mail, postage prepaid, on the 18th day of April, 2006.

Melaine Scott