UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, Plaintiff | ) | |
| | ) | C.A. No. 04-0306/ML |
| v. | ) | **(Consolidated Action)** |
| | ) | |
| KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNIGEN, AND PATRICK J. SPRATT, Defendants | ) | **NOTICE OF WITHDRAWAL** |

Notice is hereby given pursuant to L.R. Gen. 206(e)(1) of the withdrawal of Kalun Lee as counsel for KVH Industries, Inc., Martin A. Kits van Heyningen, Patrick J. Spratt and all other defendants (collectively, "Defendants") in the above-captioned case. One motion, Plaintiffs' Motion For Class Certification, remains pending at this time. Brooks R. Magratten of Vetter & White, and Brandon F. White of Foley Hoag LLP, who have served as defendants' counsel from the outset of the case, and Matthew Baltay of Foley Hoag LLP, who was recently admitted pro hac vice, will continue as counsel for Defendants and certify that they are familiar with the case and fully prepared to address any matters pending in the case, including trial, without delaying the case.

Respectfully submitted,
**ATTORNEY FOR DEFENDANTS**

[signature]

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

Date: ~~May~~ June 2, 2006

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Kalun Lee, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Notice of Withdrawal by first class mail, postage prepaid, on the 5th day of ~~May,~~ June 2006.

Lisa A. Lariviere