**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | ) | Civil Action No. CA-04-306ML<br>**(Consolidated Action)**<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES**

On March 8, 2006, this Court entered an order setting a May 15, 2006 deadline for defendants to file their opposition to plaintiffs' motion for class certification and a June 15, 2006 deadline for plaintiffs' reply on its class certification motion. On May 15, 2006, defendants served their opposition to plaintiffs' motion for class certification.

Plaintiffs now respectfully request a twenty four (24) day extension of the class certification briefing schedule as previously set forth. Defendants have assented to this motion. More particularly, the plaintiffs request that the deadline for their reply be extended from June 15, 2006 to July 10, 2006. The

plaintiffs do not request that any other dates in the existing pretrial order be changed.

Plaintiffs,
By their Attorneys,

Barry J. Kusinitz, Esq., #1404
155 South Main Street - Suite 405
Providence, Rhode Island 02903
Tel: (401) 831-4200
Fax: (401) 831-7053
E-mail: bkusinitz@bdglawyers.com

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS**
58 South Service Road – Suite 200
Melville, New York 11747
Tel: (631) 367- 7100

Date: June 14, 2006

**Certification**

I hereby certify that I mailed the above to Brooks R. Magratten, Esq., Vetter & White, Incorporated, 20 Washington Place, Providence, RI 02903, and Brandon F. White, Esq., Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210, by regular mail, postage prepaid, on this 14th day of June, 2006.