**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br>**(Consolidated Action)**<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINE**

Plaintiffs respectfully request a twenty four hour extension to file their reply memorandum on class certification from July 10, 2006 to July 11, 2006.

Plaintiffs,
By their Attorneys,

Barry J. Kusinitz, Esq., #1404
155 South Main Street - Suite 405
Providence, Rhode Island 02903
Tel: (401) 831-4200
Fax: (401) 831-7053
E-mail: bkusinitz@bdglawyers.com

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS**
58 South Service Road -- Suite 200
Melville, New York 11747
Tel: (631) 367-7100

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko
16 West 46th Street
New York, NY 10036
Tel: (212) 986-0158

Date: July 11, 2006

**Certification**

I hereby certify that I mailed the above to Brooks R. Magratten, Esq., Vetter & White, Incorporated, 20 Washington Place, Providence, RI 02903, and Brandon F. White, Esq., Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210, by regular mail, postage prepaid, on this 11th day of July, 2006.