RECEIVED
JUL 21 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br><br>(Consolidated Action) |

STIPULATION

1. The parties hereby stipulate and agree that the Plaintiffs may have through and including July 31, 2006, to respond to Defendants' Motion to Compel Further Answers to Interrogatories.

DATED: July 20, 2006

Respectfully submitted,

BARRY J. KUSINITZ (No. 1404)
155 South Main, Street, Suite 405
Providence, Rhode Island 02903
Telephone: 401/831-4200
401/831-7053 (fax)
bkusinitz@bdglawyers.com (e-mail)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
RUSSELL J. GUNYAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LAW OFFICES OF CURTIS V. TRINKO
CURTIS V. TRINKO
16 West 46th Street
New York, New York 10036
Telephone: 212/490-9550
212/986-0158 (fax)

Attorneys for Plaintiffs

BROOKS R. MAGRATTEN (No. ~~4803~~) 3585
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: 401/421-3060
401/272-6803 (fax)

BRANDON F. WHITE
FOLEY HOAG, LLP
20 Washington Place
Boston, MA 02210
Telephone: 617/832-1000
617/832-7000 (fax)

Attorneys for Defendants