UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf Of Itself And All Others Similarly Situated, Plaintiff | ) | |
| v. | ) | C.A. No. 04-0306/ML **(Consolidated Action)** |
| KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNIGEN, AND PATRICK J. SPRATT, Defendants | ) | STIPULATION |

Plaintiff and defendants agree that defendants' motion to compel further interrogatory answers, filed on July 12, 2006, may be denied without prejudice.

/s/ Barry J. Kusinitz, Esq.
Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
58 South Service Rd., Suite 200
Melville, NY 11747
(631) 367-7100

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Date: October 17, 2006

## CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

I hereby certify that I electronically filed the within Stipulation on October 17, 2006. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten