UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf Of Itself And All Others Similarly Situated, Plaintiff | ) | |
| v. | ) | C.A. No. 04-0306/ML **(Consolidated Action)** |
| KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNIGEN, AND PATRICK J. SPRATT, Defendants | ) | STIPULATION |

Plaintiff and defendants agree that defendants' motion to compel further interrogatory answers, filed on July 12, 2006, may be denied without prejudice.

/s/ Barry J. Kusinitz, Esq.
Barry J. Kusinitz, Esq., #1404
Attorney for Plaintiff
155 South Main Street - Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX

David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Russell J. Gunyan, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
58 South Service Rd., Suite 200
Melville, NY 11747
(631) 367-7100

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Brandon F. White, Esq.
Matthew C. Baltay, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Date: October 17, 2006

Enter
David L Martin
USMJ
10-18-06