UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Selak Global Enterprises
Plaintiff(s)

v.

Dkt. No. C.A. No. 04-306L
(Consolidated Action)

KVH Industries, Inc., et. al
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Lead Plaintiff/~~Defendant~~ Teamsters Affiliates Pension Plan hereby moves that Ellen Gusikoff Stewart be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Teamsters Affiliates Pension Plan
(Plaintiff/~~Defendant~~)
/s/ Barry J. Kusinitz
By: Barry J. Kusinitz
Bar ID No. 1404
Address: 155 So. Main St., Suite 405
Providence, RI 02903

DATED: August 27, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) W.D. Mich; N.D. Calif; E.D. Calif; S.D. Calif; 9th Cir. and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

Form 1 (cont'd)

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]
Signature of *Pro Hac Vice* Applicant

Print Name Ellen Gusikoff Stewart State Bar ID # 144892
Firm Name Lerach Coughlin Stoia Geller Rudman Robbins LLP
Business Address 655 West Broadway, Suite 1900
San Diego, California 92101-8498
Tel. # 619-231-1058
Fax # 619-231-7423; email: estewart@lerachlaw.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Barry J. Kusinitz
Signature of Local Counsel
Barry J. Kusinitz; 1404
Print Name RI Bar ID #
155 South Main Street, Suite 405
Firm and Business Address
Providence, RI 02903

Tel. # 831-4200 Fax # 831-7053

**ORDER**

This is motion hereby ______________________

______________________
District Judge

Date:

Form I (Cont'd)

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified either upon the Court's motion or motion of other parties in the case.

Signature of Pro Hac Vice Applicant

Ellen Gusikoff Stewart 144892
Print Name State Bar ID #

Lerach Coughlin Stoia Geller Rudman Robbins LLP
Firm Name

655 West Broadway, Suite 1900
San Diego, California 92101-8498
Business Address

Tel. # 619-231-1058
Fax # 619-231-7423; email: estewart@lerachlaw.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Barry J. Kusinitz
Signature of Local Counsel

Barry J. Kusinitz 1604
Print Name RI Bar ID #

155 South Main Street, Suite 405
Providence, RI 02903
Firm and Business Address

Tel # 831-4200 Fax # 831-7753

ORDER

This is motion
hereby

District Judge

Date:

**Certification**

I hereby certify that on the 27th day of August, 2007, a true and accurate copy of the within was filed electronically with the Court and as a result the following will be noticed electronically: Brooks R. Magratten, Esq., Vetter & White, Incorporated, 20 Washington Place, Providence, RI 02903; Benjamin V. White, III, Vetter & White, Incorporated, 20 Washington Place, Providence, RI 02903; Matthew F. Medeiros, Esq., 72 Pine Street, Providence, RI 02903; Samuel H.Rudman, Esq., 58 South Service Road, Suite 200, Melville, NY 11747; and Russell Gunyan, Esq., 58 South Service Road, Suite 200, Melville, NY 11747.

I further certify that on the 27th day of August, 2007, a true and accurate copy of the within was mailed to the following by regular mail, postage prepaid: Brandon F. White, Esq., Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210 and Matthew C. Baltay, Esq., Foley Hoag, LLP, 155 Seaport, Blvd., Boston, MA 02210.

/s/ Barry J. Kusinitz