UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306L<br>**(Consolidated Action)**<br><br><u>CLASS ACTION</u><br><br>NOTICE OF FIRM NAME CHANGE |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 11, 2007

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
RUSSELL J. GUNYAN

*/s/ Samuel H. Rudman*

SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel For Plaintiffs

LAW OFFICES OF CURTIS V. TRINKO
CURTIS V. TRINKO
16 West 46th Street
New York, New York 10036
Telephone: 212/490-9550
212/986-0158 (fax)

Attorney for Plaintiffs

BARRY J. KUSINITZ (No. 1404)
155 South Main, Street, Suite 405
Providence, Rhode Island 02903
Telephone: 401/831-4200
401/831-7053 (fax)

Liaison Counsel

**CERTIFICATE OF SERVICE**

I, Samuel H. Rudman, hereby certify that on September 11, 2007, I caused a true and correct copy of the attached:

Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

KVH INDUSTRIES (LEAD)
Service List - 3/15/2006 (04-0238)
Page 1 of 1

**Counsel For Defendant(s)**

Matthew C. Baltay
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600
617/832-1000
617/832-7000(Fax)

Brooks R. Magratten
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
401/421-3060
401/272-6803(Fax)

**Counsel For Plaintiff(s)**

Barry J. Kusinitz
Attorney at Law
155 South Main Street, Suite 405
Providence, RI 02903
401/831-4200
401/831-7053(Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212/490-9550
212/986-0158(Fax)

Samuel H. Rudman
Russell J. Gunyan
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173(Fax)

Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423(Fax)