UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306L<br>**(Consolidated Action)**<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER REGARDING FILING OF OBJECTIONS TO PROPOSED SETTLEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 11 ATTESTATIONS BY COUNSEL |

WHEREAS, on September 7, 2007, the parties to the above-captioned litigation appeared before the Court on Lead Plaintiff's Amended Unopposed Motion for Preliminary Approval of Settlement; and

WHEREAS, the Court preliminarily approved the settlement and directed the parties to perform additional procedures in connection with their efforts to obtain final court approval of the settlement as set forth below.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Lead Counsel is instructed to direct the Claims Administrator to provide it with any and all objections to the settlement received by it following the December 31, 2007 deadline for Class Members to submit objections, and Plaintiff's Lead Counsel shall file any and all objections as attachments to a "Notice of Objections." If no objections are submitted by Class Members, Plaintiff's Lead Counsel shall file a document entitled "Notice of No Objections." Such filing and service shall be made on or before January 11, 2008.

2. Plaintiff's Lead Counsel and counsel for Defendants shall each file and serve, by January 11, 2008, an attestation, in the form of an affidavit, that in each's experience with the other during the course of the Litigation, neither has observed or experienced any conduct by the other which would indicate a violation of Federal Rule of Civil Procedure 11.

IT IS SO ORDERED.

DATED: 9/12/07

Mary M. Lisi
THE HONORABLE MARY M. LISI
UNITED STATES DISTRICT JUDGE

S:\Settlement\KVH.set\ORD RE OBJECTIONS 00045345.doc