UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf Of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. 04-306-ML<br>(CONSOLIDATED ACTION) |

**DEFENDANTS' SUBMISSION IN CONNECTION WITH SETTLEMENT REGARDING PLAINTIFFS AND PLAINTIFFS' COUNSEL**

Defendants' counsel, at the direction of this Court, make this submission regarding their observation of Lead Plaintiff's compliance with the requirements of Rule 11 of the Federal Rules of Civil Procedure in this Litigation.

In connection with this Court's review of matters for purposes of final settlement approval, and in accordance with the Private Securities Litigation Reform Act of 1995, this Court will include in the record upon final adjudication findings regarding compliance by the litigants with the standards set forth in Federal Rule of Civil Procedure 11. Accordingly, on September 12, 2007, this Court entered an Order directing counsel for Lead Plaintiff and counsel for Defendants to serve and file by January 11, 2008 attestations, in the form of affidavits, that in each's experience with the other during the course of the Litigation that neither has observed or

experienced any conduct by the other which would indicate a violation of Federal Rule of Civil Procedure 11.

Counsel for Defendants now comply with the Court's Order and submit this filing, together with the attached affidavits of counsel attesting that in Defense counsel's experience with and observation of Lead Plaintiff's counsel during the course of this Litigation, Lead Plaintiff's counsel has acted professionally and has at all times observed and complied with the standards set forth in Federal Rule of Civil Procedure 11.

Respectfully submitted,

January 11, 2008

/s/ Benjamin V. White

Benjamin V. White, III (#1652)
Brooks R. Magratten (# 3585)
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

OF COUNSEL:
Brandon F. White
Matthew C. Baltay
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 [FAX]

CERTIFICATE OF SERVICE

To:

Barry J. Kusinitz, Esq.
155 South Main Street – Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road – Suite 406
Melville, NY 11747

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street – 5th Floor
Providence, RI 02903

Ellen Gusikoff Stewart, Esq.
Geller Rudman Robbins
655 West Broadway – Suite 1900
San Diego, CA 92101-8498

I hereby certify that I electronically filed this submission on January 11, 2008. The submission is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Benjamin V. White