UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf Of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. 04-306-ML (CONSOLIDATED ACTION) |

**AFFIDAVIT OF MATTHEW C. BALTAY**
**REGARDING PLAINTIFFS' COUNSEL**
**SUBMITTED IN CONNECTION WITH SETTLEMENT**

I, Matthew C. Baltay, do hereby depose and state as follows:

1. I am duly licensed to practice law in the Commonwealth of Massachusetts and the Federal Courts for the District of Massachusetts and have been admitted *pro hac vice* in the above-captioned action (this "Litigation") and I am counsel of record for the Defendants in the Litigation.

2. Together with Brandon F. White of my office, I have served as principal counsel for the Defendants throughout this Litigation.

3. In my capacity as counsel of record for Defendants in this Litigation, I have interacted with counsel for Lead Plaintiff, including Samuel H. Rudman, Russell J. Gunyan and Ellen Gusikoff Stewart of Coughlin, Stoia, Geller, Rudman and Robbins LLP and Lead Plaintiff's local counsel, Barry J. Kuzinitz.

4. In my observation, at all times, counsel for Lead Plaintiff conducted themselves in connection with this Litigation professionally and in accordance with the standards set forth in Rule 11 of the Federal Rules of Civil Procedure.

I declare this 10th day of January, 2008 under penalty of perjury that the foregoing is true and correct.

Matthew C. Baltay

CERTIFICATE OF SERVICE

To:

Barry J. Kusinitz, Esq.
155 South Main Street – Suite 405
Providence, RI 02903

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road – Suite 406
Melville, NY 11747

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street – 5th Floor
Providence, RI 02903

Ellen Gusikoff Stewart, Esq.
Geller Rudman Robbins
655 West Broadway – Suite 1900
San Diego, CA 92101-8498

I hereby certify that I electronically filed this Affidavit on January 11, 2008. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Benjamin V. White