UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306L<br>**(Consolidated Action)**<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (1) ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND CERTIFYING THE CLASS; AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 25, 2008, at 10:00 a.m., at the United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island, or as soon thereafter as counsel may be heard before the Honorable Mary M. Lisi, United States District Judge, Lead Plaintiff will and hereby does move for orders and/or judgments (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Plaintiff's Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses incurred in this class action. Lead Plaintiff's motion is based upon the Memorandum of Points and Authorities in Support of Motion for Order Granting Final Approval of Settlement, Approving Plan of Allocation of Settlement Proceeds and Certifying the Class, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Counsel's Application for Award of Attorneys' Fees and Expenses, the Declarations of counsel submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiff's application or at the hearing on Lead Plaintiff's motion.

DATED: January 11, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
RUSSELL J. GUNYAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

BARRY J. KUSINITZ (No. 1404)
155 South Main, Street, Suite 405
Providence, Rhode Island 02903
Telephone: 401/831-4200
401/831-7053 (fax)

Liaison Counsel

S:\Settlement\KVH.set\MTN FINAL APPROVAL 00048366.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2008.

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-00306-ML-DLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Russell J. Gunyan**
  rgunyan@csgrr.com,e_file_ny@csgrr.com
- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com
- **Brooks R. Magratten**
  bmagratten@vetterandwhite.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com,dcabral@lmkbw.com
- **Samuel H. Rudman**
  srudman@csgrr.com
- **Ellen Gusikoff Stewart**
  elleng@csgrr.com
- **Benjamin V. White , III**
  bwhite@vetterandwhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Matthew C. Baltay**
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

**David A. Rosenfeld**
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road
Suite 406
Melville, NY 11747

**Brandon F. White**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Manual Service List
*Sekuk Global Enterprises v. KVH Industries, et al.*
Case No. 1:04-cv-00306-ML-DLM

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212/490-9550
212/986-0158 (Fax)

Jeffery K. Thornell
Sandra C. Thornell
Objectors
P.O. Box 780022
San Antonio, TX 78278
210/854-7744