UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS, VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br>(Consolidated Action)<br><br>CLASS ACTION |

**DECLARATION OF IRVING S. BRAUN IN SUPPORT OF APPLICATION AS REPRESENTATIVE PLAINTIFF FOR REIMBURSEMENT OF COSTS AND EXPENSES**

Irving S. Braun, declares, under penalty of perjury, as follows:

1. I am a named plaintiff in the above-captioned action and I make this declaration in support of my application for a payment of $ 4, 375 for reimbursement of my time and expenses directly relating to the representation of the interests of the Class in this action.

2. In July, 2004, I made the initial contacts with the Law Offices of Curtis V. Trinko, LLP ("Trinko") to complain about what I felt were injuries suffered by me and other investors in connection with our purchases of various securities in KVH Industries, Inc. ("KVH" or "Company"). After extensive investigation and the retention of co-counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, I became a named plaintiff in a securities class action

pending in the U.S. District Court, District of Rhode Island alleging securities law violations against the named defendants therein*

3. I have been very involved in the pursuit of these claims against the defendants, as follows:

Initial investigation of claims against KVH with counsel; review initial complaint and proposed amended complaint; execute certification and give authority to proceed with action; numerous tel calls with counsel regarding motion for class certification and related discovery requests and execution of certification for responses; review files to retrieve relevant documents requested in discovery; extensive preparation for class certification deposition; sitting for class certification deposition; review files for additional documents requested in discovery; review deposition transcript and prepare Errata Page, and execution and notarization of same; disc's with counsel regarding mediation and settlement negotiations; review settlement agreement and indicate approval of settlement; review documents submitted to Court in support of motion for preliminary approval of settlement, and tel calls with counsel concerning same.

4. I estimate that in total, I have spent approximately 35 hours serving as a named plaintiff on behalf of the Class in this action. Annexed as Exhibit A are the daily descriptive records of my services with regard to this action.

5. During the pendency of this action, I have been a consultant for residential real estate mortgages for clients located throughout the Tri-State area of New York, New Jersey and Connecticut.

---

* Irving S. Braun became a named plaintiff in the Consolidated Amended Class Action Complaint filed on November 19, 2004.

6. For these efforts, I am normally paid on an hourly basis for my time at rates ranging from $ 125 to $ 200 per hour, depending upon the project. My ordinary out-of-pocket expenses are encompassed within these hourly rates. Based upon the reasonable value of my time (computed at the low end of the above-noted range, namely at $ 125/hour), and considering the hours that I have devoted to this action, I believe that my request for an award in the amount of $ 4, 375 for my time and expenses spent as a named plaintiff on behalf of the Class is fair and reasonable to compensate me for my loss of opportunity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of May, 2007.

IRVING S. BRAUN

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-00306-ML-DLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Russell J. Gunyan**
  rgunyan@csgrr.com,e_file_ny@csgrr.com
- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com
- **Brooks R. Magratten**
  bmagratten@vetterandwhite.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com,dcabral@lmkbw.com
- **Samuel H. Rudman**
  srudman@csgrr.com
- **Ellen Gusikoff Stewart**
  elleng@csgrr.com
- **Benjamin V. White , III**
  bwhite@vetterandwhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Matthew C. Baltay**
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

**David A. Rosenfeld**
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road
Suite 406
Melville, NY 11747

**Brandon F. White**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Manual Service List
*Sekuk Global Enterprises v. KVH Industries, et al.*
Case No. 1:04-cv-00306-ML-DLM

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212/490-9550
212/986-0158 (Fax)

Jeffery K. Thornell
Sandra C. Thornell
Objectors
P.O. Box 780022
San Antonio, TX 78278
210/854-7744

# EXHIBIT A

DAILY TIME RECORDS OF PLAINTIFF IRVING S. BRAUN REGARDING
SEKUK GLOBAL ENTERPRISES VS. KVH INDUSTRIES, INC.

1- July 26, 2004 - Review information on company problems, tel call with C. Trinko to explore company problems and possible claims; review articles and SEC filings available from internet; tel call with investment rep. regarding transaction information concerning secondary offering........................................................................................ 1.8 Hrs.

2- July 27, 2004- Review materials overnighted by attorneys; review complaint in related action - Sekuk Global - 7/21/04 (21pp); review and execute certification for new complaint and send by overnight to attorneys............................................1.5 Hrs.

3- July 30, 2004 - Tel call with counsel that certification being sent to co-counsel- Lerach Coughlin for new complaint concerning claims on secondary offering....................0.1Hrs.

4- November 2, 2004- Tel call with Trinko regarding status of investigation and possibility of inclusion in amended complaint regarding secondary offering claims............................................................................................................0.2 Hrs

5- March 30, 2005 - Review Consolidated Amended Class Action Complaint - 11/19/04 (74pp); tel call with Trinko regarding defendants' motion to dismiss complaint; review draft plaintiffs' brief in opposition to motion to dismiss (40pp)........................3.2 Hrs.

6- December 13, 2005- Tel call with Trinko regarding proposed motion for class certification and procedures regarding this motion, including plaintiffs' involvement in discovery .........................................................................................................0.1 Hrs.

7- February 1, 2006 - Tel call with Trinko regarding discovery requests from defendants and preparation of responses to discovery.................................................0.2 Hrs.

8- February 2, 2006- Review requests for documents and interrogatories from defendants; review extensive letter from Trinko regarding defendants' discovery requests and information needed to prepare responses to these requests; fax documents to attorneys for use in preparation of responses ........................................................................1.4 Hrs.

9- February 10, 2006 - Tel call with Trinko regarding search for all relevant documents in files, need to retrieve account statements, and information needed to respond to interrogatories..........................................................................................0.2 Hrs.

10- February 12, 2006- Search files for relevant documents, assemble account statements and locate additional documents on secondary offering...................................2.5 Hrs.

11- February 15, 2006- Tel call with Trinko regarding formal responses to defendants' discovery requests and documents being assembled by attorneys regarding other securities litigations.........................................................................................0.2 Hrs.

12- February 20, 2006- Tel. call with Trinko regarding documents being produced to defendants and scheduling of deposition for 3/22/06..................................0.1 Hrs.

13- March 8, 2006 - Tel. call with Jeff Silverstein regarding need to reschedule deposition due to jury duty...........................................................................0.1 Hrs.

14- March 10, 2006- Tel. Call with Jeff Silverstein that deposition being adjourned to 3/29/06............................................................................................0.1 Hrs.

15- March 12, 2006- Tel. call with Jeff Silverstein regarding need for signed response for interrogatories; review certification emailed, then execute and return by email so attorney can serve response to interrogatories.........................................0.4 Hrs.

16- March 20, 2006- Review Interrogatory Responses - as served ............................0.3 Hrs.

17- March 21, 2006 - Tel. call with Trinko to schedule preparation for deposition.....0.1 Hrs.

18- March 23, 2006- Extensive meeting with Trinko at diner in Bayside to prepare for deposition...............................................................................................3.1 Hrs.

19- March 28, 2006- Second deposition preparation session for upcoming deposition with Trinko and
Gunyan.................................................................................................3.3 Hrs.

20- March 29, 2006- Deposition taken by defendants' counsel in Manhattan; disc's prior to deposition with Trinko and Gunyan.....................................................7.5 Hrs.

21- March 30, 2006- Tel. Call with Trinko regarding deposition and need for additional documents.........................................................................................0.1 Hrs.

22- April 12, 2006- Tel call with Trinko regarding deposition of Teamsters Fund and need to review and sign deposition transcript.................................................0.1 Hrs.

23 - April 18, 2006 - Review Trinko letter regarding deposition transcript, possible corrections, and need to sign before notary; begin review of deposition transcript . . . . . 1.6 Hrs.

24 - April 19, 2006 - Finish review of transcript, complete Errata Page, and sign before notary, then send back to Trinko . . . . . 2.6 Hrs.

25 - April 25, 2006 - Tel. call with Trinko that Errata Page needs to be signed and notarized,

in addition to deposition transcript . . . . 0.2 Hrs.

26 - April 26, 2006 - Tel. call with Trinko regarding typewritten Errata Page - with space for signature and notarization . . . . . 0.1 Hrs.

27 - April 27, 2006 - Receipt, review, execution and notarization of Errata Page . . . . 0.2 Hrs.

28 - June 28, 2006 - Tel. call with Trinko regarding additional document requests by defendants . . . . 0.1 Hrs.

29 - July 5, 2006 - Review letter from Trinko plus new document requests from defendants; review materials; tel. call to investment representative regarding requests . . . . 0.8 Hrs.

30 - August 16, 2006 - Review letter from Trinko regarding status of class discovery; review Reply Memo In Support Of Class Certification . . . . 0.6 Hrs.

31 - December 14, 2006 - Tel. call with Trinko regarding status, mediation and proposed settlement, as well as assessment of damages . . . . . 0.2 Hrs.

32 - February 28, 2007 - Tel. call with Trinko regarding status of settlement . . . . 0.1 Hrs.

33 - March 30, 2007 - Tel. call with Trinko regarding status of settlement . . . . 0.1 Hrs.

34 - May 1, 2007 - Receipt and review of documents from Trinko regarding settlement, including settlement agreement and materials to submit to court for preliminary approval of settlement . . . ........................................................................................ 1.6 Hrs.

35 - May 3, 2007 - Tel. call with Trinko regarding settlement documents and status . 0.2 Hrs.

TOTAL = 35 Hours.