UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306L<br>**(Consolidated Action)**<br><br>CLASS ACTION<br><br>AFFIDAVIT OF C. THOMAS KEEGEL |

C. Thomas Keegel, being first duly sworn, deposes and says:

1. I make this sworn declaration from personal knowledge and from information provided by counsel and am competent to testify to the matters contained herein.

2. I am the General Secretary-Treasurer of the International Brotherhood of Teamsters and a Trustee for Teamsters Affiliates Pension Plan ("TAPP"), Lead Plaintiff in this action.

3. On September 20, 2004, TAPP moved for appointment as Lead Plaintiff in this litigation and for approval of its selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP (now Coughlin Stoia Geller Rudman & Robbins LLP).

4. I signed a Certification of Named Plaintiff pursuant to the Federal Securities Laws on September 14, 2004 (the "Certification"). The Certification represented, among other things, that:

(a) Plaintiff (TAPP) did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

(b) Plaintiff (TAPP) will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. The representation in the Certification remains true and accurate.

6. On October 26, 2004, the Court granted the TAPP's motion to serve as Lead Plaintiff in this Litigation, and approved our selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

7. At no time have I or TAPP received, nor has anyone, including anyone at Lead Counsel Lerach Coughlin Stoia Geller Rudman & Robbins LLP, promised me that I or TAPP would receive any consideration or benefit, directly or indirectly, for being a plaintiff in this case, other than as provided for in the plan of distribution of settlement benefits to Class Members. Also, to the best of my knowledge, no other employee or trustee of TAPP, nor any relative of mine nor any entity affiliated with me or with the TAPP, nor any broker or other intermediary of mine or of the TAPP, has received or been promised any such consideration or benefit in this case either, directly or indirectly, other than as provided for in the plan of distribution of settlement benefits to class members.

C. Thomas Keegel

C. THOMAS KEEGEL

C:\DOCUME~1\dhoffa\LOCALS~1\Temp\f\MetaSave\AFF KEEGEL 00047310.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-00306-ML-DLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Russell J. Gunyan**
  rgunyan@csgrr.com,e_file_ny@csgrr.com
- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com
- **Brooks R. Magratten**
  bmagratten@vetterandwhite.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com,dcabral@lmkbw.com
- **Samuel H. Rudman**
  srudman@csgrr.com
- **Ellen Gusikoff Stewart**
  elleng@csgrr.com
- **Benjamin V. White , III**
  bwhite@vetterandwhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Matthew C. Baltay**
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

**David A. Rosenfeld**
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road
Suite 406
Melville, NY 11747

**Brandon F. White**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Manual Service List
*Sekuk Global Enterprises v. KVH Industries, et al.*
Case No. 1:04-cv-00306-ML-DLM

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212/490-9550
212/986-0158 (Fax)

Jeffery K. Thornell
Sandra C. Thornell
Objectors
P.O. Box 780022
San Antonio, TX 78278
210/854-7744