UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KVH INDUSTRIES, INC., MARTIN A. KITS VAN HEYNINGEN, and PATRICK J. SPRATT,<br><br>Defendants. | Civil Action No. CA-04-306ML<br><br>CLASS ACTION |

**DECLARATION OF BARRY J. KUSINITZ IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEY'S FEES AND EXPENSES**

I, Barry J. Kusinitz, declare as follows:

1. I am submitting this declaration in support of my application for an award of attorney's fees and expenses in connection with services rendered in the above-entitled action.

2. I am counsel of record for the plaintiffs.

3. My background is as set forth within Exhibit A hereto.

4. I have spent a total of 152.35 hours on this matter. My total loadstar amount is $53,322.50 based upon my hourly rate of $350.00.

5. I have incurred a total of $1,550.90 in expenses in connection with the prosecution of this litigation as follows:

| | |
|---|---|
| Filing fee X 4 $150.00: | $600.00 |
| Service fees: $135.00 | $135.00 |
| Overnight mailings: | $192.00 |
| Pro hac vice fees: | $100.00 |
| Copying (lead plaintiff papers): | $102.08 |
| Mailing (lead plaintiff papers): | $51.00 |
| Transcript (re motion to dismiss): | $44.82 |
| Service of subpoenas | $326.00 |

BARRY J. KUSINITZ

Subscribed and sworn to before me this 31 day of January, 2008.

NOTARY PUBLIC
My Commission expires: 7/7/09

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2008.

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-00306-ML-DLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Russell J. Gunyan**
  rgunyan@csgrr.com,e_file_ny@csgrr.com
- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com
- **Brooks R. Magratten**
  bmagratten@vetterandwhite.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com,dcabral@lmkbw.com
- **Samuel H. Rudman**
  srudman@csgrr.com
- **Ellen Gusikoff Stewart**
  elleng@csgrr.com
- **Benjamin V. White , III**
  bwhite@vetterandwhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Matthew C. Baltay**
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

**David A. Rosenfeld**
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road
Suite 406
Melville, NY 11747

**Brandon F. White**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Manual Service List
*Sekuk Global Enterprises v. KVH Industries, et al.*
Case No. 1:04-cv-00306-ML-DLM

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212/490-9550
212/986-0158 (Fax)

Jeffery K. Thornell
Sandra C. Thornell
Objectors
P.O. Box 780022
San Antonio, TX 78278
210/854-7744

***EXHIBIT A***

**BARRY J. KUSINITZ**
155 South Main Street, Suite 405
Providence, Rhode Island 02903
Tel. 401.831.4200
Fax. 401.831.7053
E mail bkusinitz@bdglawyers.com

## PRESENT PROFESSIONAL AFFILIATION

December, 1997 - present — Solo Practitioner

Engage in all phases of civil litigation as sole or lead counsel in State and Federal Court in the following areas: Business/Financial Litigation; Environmental Litigation; Construction Disputes; Partnership/Shareholder Disputes; Real Estate Disputes; and Land Use Disputes.

## PRIOR PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| April, 1991 - November, 1997 | Corrente, Brill & Kusinitz, Ltd.<br>Partner |
| March, 1978 - March, 1991 | Temkin & Miller, Ltd.<br>(formerly Temkin, Merolla & Zurier, Ltd.)<br>Partner (1983 - 1991) |
| August, 1974 - February, 1978 | Rhode Island Legal Services<br>Manager, Providence Office<br>(1977 - 1978) |

## MEMBER

Bar Associations: State of Rhode Island, 1974; Commonwealth of Massachusetts, 1987; United States District Court, District of Rhode Island, 1974; United States District Court, District of Massachusetts, 1987; United States Court of Appeals, First Circuit, 1976; United States Supreme Court, 2003

American Bar Association (Member, Section on Litigation); Rhode Island Association for Justice f/k/a Rhode Island Trial Lawyers Association

Panel: Court-annexed Arbitration Program for the Superior Court for the State of Rhode Island

**EDUCATION**

New York University Law School School of Law (J.D., 1974)

Brown University (A.B., magna cum laude, Phi Beta Kappa, 1971)

**PUBLICATIONS**

"Adverse Possession and Easements"
Rhode Island Bar Journal, 1999

"Damages in Personal Injury Litigation, Part I"
Rhode Island Bar Journal, 1992

"Damages in Personal Injury Litigation, Part II"
Rhode Island Bar Journal, 1992

"Damages in Construction Litigation"
Rhode Island Bar Journal, 1990
(Award, Rhode Island Bar Journal Annual Writing Award)

"Damages Under Rhode Island Law"
Rhode Island Bar Journal, 1987

**REPORTED CASES**

*Pascoag Reservoir & Dam, LLC v. Rhode Island*, 337 F.3d 87 (1st Cir. 2003)

*Café La France v. Schneider Securities*, 281 F.Supp. 2d 361 (D.R.I. 2003)

*Scritchfield v. Paolo,* 274 F.Supp.2d 163 (D.R.I. 2003)

*Massey v. Stanley-Bostitch, Inc.,* 255 F. Supp. 2d 7 (D.R.I. 2003)

*Southex Exhibitions, Inc. v. Rhode Island Builders Association*,
279 F.3d 94 1132 (1st Cir. 2002)

*Kafenbaum v. GTECH Holdings Corp.*, 217 F. Supp. 2d 238 (D.R.I. 2002)

*Whitehouse v. LaRoche*, 277 F.3d 568 (1st Cir. 2002)

*Pascoag Reservoir & Dam, LLC v. Reitsma*, 217 F. Supp. 2d 206 (D.R.I. 2002)

*In Re Sparfven,* 265 B.R. 506 (Bkrtcy. D. Mass. 2001)

*Reitsma v. Pascoag Reservoir & Dam*, LLC, 774 A.2d 826 (R.I. 2001)

*DiOrio v. DiOrio*, 751 A2d 747 (R.I. 2000)

*Mellor v. O'Conner*, 712A.2d 375 (R.I. 1998)

*CNA Financial Corporation v. Alfano*, 711 A.2d 1142 (R.I. 1998)

*Simon v. American Power Conversion Corp.*, 945 F. Supp. 416 (D.R.I. 1996)

*In Re LaRoche*, 191 B.R. 281 (Bkrtcy. D.R.I. 1996)

*Scully Signal Co. v. Joyal*, 881 F.2d 727 (D.R.I. 1995)

*Ellbalah v. Republic Ins. Co.*, 879 F. Supp. 3 (D.R.I. 1995)

*Lorette v. Gorodetsky*, 621 A.2d 186 (R.I. 1993)

*Harris v. Turchetta*, 622 A.2d 487 (R.I. 1993)

*44 Liquor Mart, Inc. v. Racine*, 829 F. Supp. 543 (D.R.I. 1993)

*Mokover v. Neco Enterprises*, 785 F. Supp. 1083 (D.R.I. 1992)

*World-Wide Computer Resources v. Arthur Kaufman Sales Co., Inc.*,

615 A.2d 122 (R.I. 1992)

*In re Proceedings before the Comm. on Judicial Tenure & Discipline*, 578 A.2d 1387 (R.I. 1990)

*Friends of the Sakonnet v. Dutra*, 749 F. Supp. 381 (D.R.I. 1990)

*Tennessee Gas Pipeline v. 104 Acres*, 749 F. Supp. 427 (D.R.I. 1990)

*Suffield Bank v. LaRoche*, 752 F. Supp. 54 (D.R.I. 1990)

*Nash v. Trustees of Boston University*, 776 F. Supp. 73 (D.R.I. 1990)

*Marshak v. Tonetti*, 813 F.2d 13 (1st Cir. 1987)

*Hicks v. Warwick Zoning Board of Review*, 527 A.2d 1136 (R.I. 1987)

*Carter v. Gonella*, 526 A.2d 1279 (R.I. 1987)

*Forte Bros. v. National Amusements, Inc.*, 525 A.2d 1301 (R.I. 1987)

*Hicks v. Vennerbeck & Clase Co.*, 525 A.2d 37 (R.I. 1987)

*In Re Furkes*, 65 B.R. 232 (D.R.I. 1986)

*Tilaco Chemicals, Ltd. v. Electromet Co.*, 442 A.2d 449 (1982)

*Bosler v. Sugarman*, 440 A.2d 129 (R.I. 1982)

*Oken v. National Chain*, 424 A.2d 434 (R.I. 1981)

*Alteiri v. Dolan*, 423 A.2d 482 (R.I. 1979)

*In re Palmer*, 120 R.I. 250 (1978)

*Silva v. East Providence Housing Authority*, 565 F.2d 1217 (1st Cir. 1977)

*Coolbeth v. Berberian*, 116 R.I. 188 (1976)

*Panzarella v. Boyle*, 406 F. Supp. 787 (D.R.I. 1975)